

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
## FORT WORTH

### NO. 02-11-00482-CV

IN RE STEVEN E. BENZER                                                    RELATOR

------------

## ORIGINAL PROCEEDING

------------

## MEMORANDUM OPINION[1]

------------

The court has considered relator's petition for writ of mandamus and is of the opinion that relief should be denied. Accordingly, relator's petition for writ of mandamus is denied.

PER CURIAM

PANEL: GABRIEL, GARDNER, and MCCOY, JJ.

DELIVERED: November 29, 2011

---

[1]See Tex. R. App. P. 47.4, 52.8(d).